JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY WEI WANG, as an individual<br><br>Plaintiff,<br><br>v.<br><br>WERNERCO, a corporation and DOES 1-50, Inclusive<br><br>Defendants. | Case No.: CV 20-11726-DMG (PDx)<br><br>**ORDER RE STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE [11]** |

Pursuant to the parties' stipulation, Plaintiff's Complaint in this action is hereby dismissed with prejudice in its entirety. The parties shall bear their own costs. All scheduled dates and deadlines are VACATED.

DATED: January 21, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE